IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE & ACCIDENT INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> VINCENT BROTHERS, LINDA PIGGEE, HELEN ELAIN BYRD, ROBERT HARPER, and EDDIE HARPER, individuals, and DOES 1-20, <br><br> Defendants. | 2:05-cv-01295-GEB-DAD <br><br><br><br> ORDER RE STATUS <br> (PRETRIAL SCHEDULING) <br> CONFERENCE |

A status conference was held in this interpleader action on October 3, 2005, at which only Plaintiff's counsel appeared. At the status conference the following schedule was adopted:[1] Within 7 days of the Clerk's Office entering default against Defendant Vincent Brothers, a motion for default judgment against Defendant Vincent Brothers shall be filed. Within 14 days of the ruling on the motion

---

[1] Defendants' counsel's failure to appear at the Status Conference made formulating a schedule capable of resolving this action impractical. Rule 16 of the Federal Rules of Civil Procedure contemplates litigants proposing such a schedule. Defendants' counsel should be prepared to propose a schedule for resolving the Defendants' claims at the next status conference.

1

1 | for default judgment, Plaintiff shall file either a motion or a
2 | stipulated proposed order on the relief it seeks.[2]
3 |     A further status conference is scheduled for January 23,
4 | 2006, at 9:00 a.m.  A joint status report shall be filed no later than
5 | January 9, 2006.[3]
6 |     IT IS SO ORDERED.
7 | DATED:  October 4, 2005

                                         /s/ Garland E. Burrell, Jr.
                                         GARLAND E. BURRELL, JR.
                                         United States District Judge

---

[2] This filing should be made as soon as practicable.

[3] The failure of one or more of the parties to participate in the preparation of a joint status report does not excuse the other parties from their obligation to file a status report in accordance with this Order.  In the event a party or parties fail to participate as ordered, the party submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.