IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMERICAN GENERAL LIFE &
ACCIDENT INSURANCE COMPANY,

    Plaintiff,                    2:05-cv-1295-GEB-DAD

   vs.

VINCENT BROTHERS, et al.,

    Defendants.               <u>ORDER</u>

         The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

         On December 21, 2005, the magistrate judge filed findings and recommendations which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

         The December 21, 2005, findings and recommendations are supported by the record and by the magistrate judge's analysis except for the finding recommending immediate entry of default judgment. Immediate entry of default judgment would constitute a partial judgment under Rule 54(b) of the Federal Rules of Civil Procedure. A court is only authorized to enter partial judgment under Rule 54(b) "upon an express determination that there is no just

1

reason for delay and upon an express direction for the entry of judgment." Fed. R. Civ. Proc. 54(b).

Since Plaintiff has provided no reason why the default judgment it seeks against Brothers should not be entered when this action is finally concluded, default judgment is not entered.

Dated: January 12, 2006

>                   /s/ Garland E. Burrell, Jr.
>                   GARLAND E. BURRELL, JR.
>                   United States District Judge