UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AMERICAN GENERAL LIFE & ACCIDENT INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>    v.<br><br>VINCENT BROTHERS, et al.,<br><br>       Defendants. | 2:05-cv-1295-GEB-DAD<br><br><u>ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |

The October 5, 2005, "Order Re Status (Pretrial Scheduling) Conference" scheduled a status conference in this case for January 23, 2006, and required the parties to file a Joint Status Report no later than fourteen days prior to the scheduling conference. The Order further required that a status report be filed regardless of whether a joint report could be procured.[1] No status report was filed as

---

[1] As the Order states:

> The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

(continued...)

1

1 ordered.

2   The parties and counsel are Ordered to Show Cause (OSC) no
3 later than 4:00 p.m. on January 27, 2006, why sanctions should not be
4 imposed under Rule 16(f) of the Federal Rules of Civil Procedure
5 against counsel and/or a party for the failure to file a timely status
6 report, as ordered. The written response shall state whether a party
7 or counsel is at fault and whether a hearing is requested on the OSC.[2]
8 If a hearing is requested, it will be held on February 21, 2006, at
9 9:00 a.m., just prior to the status conference, which is rescheduled
10 to that date.

11   Defendant's counsel is also ordered to show cause why
12 counsel should not be sanctioned under Rule 16(f) for counsel's
13 failure to appear at the status conference held on October 3, 2005.
14 As stated above a written response shall be filed no later than
15 4:00 p.m. on January 27, 2006, and counsel shall state in that
16 response whether a hearing is requested on the OSC. If a hearing is
17 requested, it will be held on February 21, 2006, at 9:00 a.m.

---

[1](...continued)
Order filed October 5, 2005, at 2 n. 2.

[2]   "If the fault lies with the attorney, that is where the impact of sanction should be lodged. If the fault lies with the clients, that is where the impact of the sanction should be lodged." Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985). Sometimes the faults of attorneys, and their consequences, are visited upon clients. In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).

2

1    The parties shall file a joint status report no later than
2 4:00 p.m. on January 27, 2006, in which each side need only propose
3 procedures or a proposed order for resolving the action.
4
5    IT IS SO ORDERED.
6 Dated:  January 12, 2006

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge