DAWN BITTLESTON, State Bar No. 198875
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418

Attorneys for Defendants Eddie L. Harper Sr.,
Robert Harper, Elaine Byrd, Linda Piggee

FILED
FEB 16 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>VINCENT BROTHERS, LINDA PIGGEE, HELEN ELAIN BYRD, ROBERT HARPER and EDDIE HARPER, INDIVIDUALS and DOES 1-20,<br><br>Defendants. | Case No: 2:05-CV-01295-GEB-DAD<br><br>Assigned to the Hon. Garland E. Burrell, Jr.<br><br>STIPULATION AND [PROPOSED] ORDER DIRECTING THE CLERK TO DISPERSE INTERPLEAD FUNDS AND FOR JUDGMENT |

The request for entry of default judgment against Defendant Vincent Brothers was rendered in favor of Plaintiff, AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY ("Plaintiff") and Defendants LINDA PIGGEE, HELEN ELAIN BYRD, ROBERT HARPER and EDDIE HARPER ("Harper Defendants"). Based upon the default of Defendant Vincent Brothers, Plaintiff and the Harper Defendants stipulate and agree as follows:

Judgment shall be entered in favor of the Harper Defendants against Defendant Vincent Brothers and the funds interpled by Plaintiff plus accrued interest, less fees and costs reimbursed to Plaintiff and less the registry service fee, shall be disbursed to Klein, DeNatale Trust Account. Thereafter, the net proceeds shall be divided equally among the Harper Defendants.

////

////

Dated: January 25, 2006

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
MICHAEL K. BRISBIN, ESQ.,
Attorney for Plaintiff, American General Life and Accident Insurance Company

Dated: January 25, 2006

KLEIN, DeNATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP

By: /s/ Dawn Bittleston
DAWN BITTLESTON
Attorneys for the Harper Defendants

IT IS ORDERED AS FOLLOWS:

Based upon the default of Defendant Vincent Brothers and this Stipulation,

1. The Clerk of the Court is directed to enter Judgment in favor of Defendants LINDA PIGGEE, HELEN ELAIN BYRD, ROBERT HARPER and EDDIE HARPER and against Defendant VINCENT BROTHERS;

2. The Clerk of the Court is directed to disburse $1500 to Plaintiff, AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY as and for the fees and costs incurred in bringing this suit;

3. The Clerk of the Court is directed to disperse the remaining amount of funds, less the registry service fee, to Klein DeNatale Trust Account and mailed to Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP 4550 California Avenue, Second Floor, Bakersfield, California 93309.

Dated: 2/15, 2006

_____
Garland E. Burrell, Jr.
United States District Judge